| | |
|---|---|
| 1 | MAYER BROWN LLP |
| 2 | JOHN NADOLENCO (SBN 181128) |
|   | jnadolenco@mayerbrown.com |
| 3 | JOSEPH W. GOODMAN (SBN 230161) |
|   | jgoodman@mayerbrown.com |
| 4 | 350 South Grand Avenue, 25th Floor |
|   | Los Angeles, CA  90071-1503 |
| 5 | Telephone:  (213) 229-9500 |
|   | Facsimile:  (213) 625-0248 |

Attorneys for Defendants
AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; NEW CINGULAR WIRELESS SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN McARDLE, an individual, on behalf of himself, the general public and those similarly situated, | Case No. CV-09-01117 (CW) |
| Plaintiff, | [PROPOSED] ORDER GRANTING BRIEFING AND HEARING SCHEDULE |
| v. | Hon. Claudia Wilken |
| AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; NEW CINGULAR WIRELESS SERVICES, INC., and DOES 1 through 50, | |
| Defendants. | |

ORDER GRANTING STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE

28801288

1 | Pursuant To The Stipulation Of The Parties And FOR GOOD CAUSE
2 | SHOWN, (1) Defendants' Motion to Remand the Action to State Court ("Remand
3 | Motion") will be set for hearing on May 21, 2009 and (2) Defendants' opposition
4 | to the Remand Motion and Plaintiff's reply in support of the Remand Motion will
5 | be filed in accordance with Local Rule 7-3.

6 | IT IS SO ORDERED.

7 | 4/16/09
8 | Dated: _____

Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE

---

1
ORDER GRANTING STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE

28801288