MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
JOSEPH W. GOODMAN (SBN 230161)
jgoodman@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendants
AT&T MOBILITY LLC; NEW CINGULAR
WIRELESS PCS LLC; NEW CINGULAR
WIRELESS SERVICES, INC.

GUTRIDE SAFIER LLP
ADAM J. GUTRIDE (SBN 181446)
adam@gutridesafier.com
SETH A. SAFIER (SBN 197427)
seth@gutridesafier.com
835 Douglass Street
San Francisco, CA  94114
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiff
STEVEN MCARDLE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; NEW CINGULAR WIRELESS SERVICES, INC., AND DOES 1 THROUGH 50,<br><br>                Defendants. | Case No. CV-09-01117 (CW)<br><br>**JOINT STIPULATION EXTENDING DEADLINE FOR DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND REQUEST FOR ORDER**<br><br>Judge:   Hon. Claudia Wilken |

28804225

Plaintiff Steven McArdle ("Plaintiff") and Defendants AT&T Mobility LLC, New Cingular Wireless PCS LLC, and New Cingular Wireless Services, Inc. (collectively, "ATTM"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS:

1. Plaintiff filed his Complaint in this action on February 10, 2009, in the Superior Court for the State of California, County of Los Angeles.

2. On March 10, 2009, ATTM answered the Complaint pursuant to California Code of Civil Procedure § 430.40. The answer contained a general denial of all allegations, and affirmative defenses.

3. On March 13, 2009, ATTM removed this case to this Court.

4. On May 22, 2009, Plaintiff filed a First Amended Complaint.

5. Beginning June 8, 2009, Counsel for Plaintiff and Counsel for ATTM began discussing ATTM's proposed stipulation to allow its response to the original Complaint to be deemed ATTM's response to the First Amended Complaint.

6. On June 11, 2009, Counsel for Plaintiff informed Counsel for ATTM that they would not stipulate to have ATTM's answer to the original Complaint be deemed its response to the First Amended Complaint, because, among other reasons, the answer does not comply with Federal Rule of Civil Procedure 8(b).

7. The current deadline for ATTM's response to the First Amended Complaint is June 12, 2009.

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

The parties request the Court to order that ATTM can have to and including June 19, 2009 to file an answer to the First Amended Complaint. This extension shall not permit ATTM to file any response to the First Amended Complaint other than an answer.

28804225                                                        1

JOINT STIPULATION EXTENDING DEADLINE FOR DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT; CASE NO. CV-09-01117(CW)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June   , 2009 | MAYER BROWN LLP<br>JOHN NADOLENCO<br>JOSEPH W. GOODMAN |
| 3 | | |
| 4 | | |
| 5 | | By:_____<br>Joseph W. Goodman |
| 6 | | Attorneys for Defendants<br>AT&T MOBILITY LLC, ET AL |
| 7 | | |
| 8 | Dated: June   , 2009 | GUTRIDE SAFIER LLP<br>ADAM J. GUTRIDE<br>SETH A. SAFIER |

By:_____
Seth A. Safier
Attorneys for Plaintiff
STEVEN MCARDLE

IT IS SO ORDERED.

Dated: June  17 , 2009_____

_____
The Honorable Claudia Wilken
United States District Court Judge

28804225

-2-

JOINT STIPULATION EXTENDING DEADLINE FOR DEFENDANT'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT; CASE NO. CV-09-01117(CW)