MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
JOSEPH W. GOODMAN (SBN 230161)
jgoodman@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendants
AT&T MOBILITY LLC; NEW CINGULAR
WIRELESS PCS LLC; NEW CINGULAR
WIRELESS SERVICES, INC.

GUTRIDE SAFIER LLP
ADAM J. GUTRIDE (SBN 181446)
adam@gutridesafier.com
SETH A. SAFIER (SBN 197427)
seth@gutridesafier.com
835 Douglass Street
San Francisco, CA  94114
Telephone: (415) 336-6545
Fascimile: (415) 449-6469

Attorneys for Plaintiff
STEVEN MCARDLE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; NEW CINGULAR WIRELESS SERVICES, INC., AND DOES 1 THROUGH 50,<br><br>Defendants. | Case No. CV-09-01117 (CW)<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Judge:   Hon. Claudia Wilken |

28804108

Plaintiff Steven McArdle ("Plaintiff") and Defendants AT&T Mobility LLC, New Cingular Wireless PCS LLC, and New Cingular Wireless Services, Inc. (collectively, "ATTM"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS:

1. The parties in this matter currently have a case management conference scheduled for June 23, 2009 at 2:00 p.m.

2. Counsel for ATTM has a scheduling conflict with another case at that time.

3. The Court's website indicates that the Court's schedule permits a case management conference on July 7, 2009.

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

The parties stipulate that the Court reschedule the case management conference to July 7, 2009 or as soon thereafter as the Court may order.

Dated: June    , 2009

MAYER BROWN LLP
JOHN NADOLENCO
JOSEPH W. GOODMAN

By: _____
    Joseph W. Goodman
Attorneys for Defendant
AT&T MOBILITY LLC

Dated: June    , 2009

GUTRIDE SAFIER LLP
ADAM J. GUTRIDE
SETH A. SAFIER

By: _____
    Seth A. Safier
Attorneys for Plaintiff
STEVEN MCARDLE

IT IS SO ORDERED.  **CMC continued to 7/7/09 @ 2:00 p.m.**

Dated: June   17, 2009_____

_____
The Honorable Claudia Wilken
United States District Court Judge