MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
JOSEPH W. GOODMAN (SBN 230161)
jgoodman@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendants
AT&T MOBILITY LLC; NEW CINGULAR
WIRELESS PCS LLC; NEW CINGULAR
WIRELESS SERVICES, INC.

GUTRIDE SAFIER LLP
ADAM J. GUTRIDE (SBN 181446)
adam@gutridesafier.com
SETH A. SAFIER (SBN 197427)
seth@gutridesafier.com
835 Douglass Street
San Francisco, CA 94114
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiff
STEVEN MCARDLE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; NEW CINGULAR WIRELESS SERVICES, INC., AND DOES 1 THROUGH 50,<br><br>Defendants. | Case No. CV-09-01117 (CW)<br><br>[~~PROPOSED~~] ORDER UNDER ADR LOCAL RULE 5-10(D) EXCUSING VERONICA DAVIS FROM ATTENDING EARLY NEUTRAL EVALUATION IN PERSON<br><br>Magistrate Judge: Hon. Wayne D. Brazil |

28807606

Having considered the letter in support submitted by Defendant AT&T Mobility LLC and for good cause shown, IT IS HEREBY ORDERED:

Veronica Davis, in-house Counsel for Defendant AT&T Mobility LLC, is excused from attending the Early Neutral Evaluation scheduled on October 13, 2009 in person. ADR Local Rule 5-10(d).

Veronica Davis must be available to participate by telephone for the duration of the session or until excused by the neutral. ADR Local Rule 5-10(f).

Dated: 9-3-09

The Honorable Wayne D. Brazil