**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated<br><br>    Plaintiff,<br><br>            v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; NEW CINGULAR WIRELESS SERVICES, INC., AND DOES 1 THROUGH 50<br><br>    Defendants | CASE NO.  CV-09-01117 (CW)<br><br>STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND ORDER **AS AMENDED**<br><br>Dept: Courtroom 2, 4th Floor<br>Judge:  Hon. Claudia Wilken |

Plaintiff Steven McArdle ("Plaintiff") and Defendants AT&T Mobility LLC, New Cingular Wireless PCS LLC, and New Cingular Wireless Services, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS:

1. Plaintiff filed his Complaint in this action on February 10, 2009, in the Superior Court for the State of California, County of Los Angeles. The Complaint pled violations of the following California laws: the Consumers Legal Remedies Act, Civil Code section 1750, et seq. ("CLRA"), Unfair Competition Law ("UCL"), False Advertising Law ("FAL"), and common law of fraud, deceit and/or misrepresentation.

2. On May 29, 2009, the Court approved the parties' stipulation giving Plaintiff leave to file a First Amended Complaint and deemed that complaint filed the same day. The First Amended Complaint added claims for damages under the CLRA.

3. On July 13, 2009, the Court ordered that the last day for adding parties or claims is October 1, 2009.

4. On September 29, 2009, Plaintiff provided Defendants with a proposed Second Amended Complaint in the form attached hereto as Exhibit B, showing in redline proposed changes from the First Amended Complaint. The proposed Second Amended complaint pleads violations of the CLRA, UCL, and FAL, on behalf of two new proposed classes of similarly situated persons, relating to the mandatory arbitration and class action waiver provisions that are included in Defendants' mobile telephone service agreements. A copy of the proposed Second Amended Complaint without redlines is attached hereto as Exhibit A.

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

(1) Plaintiff should be granted leave to file the Second Amended Complaint attached hereto as Exhibit A.

(2) Upon entry of an order approving this stipulation, the Second Amended Complaint **shall be filed by Plaintiff forthwith**.

(3) Defendants shall retain any and all rights to move to dismiss, move to strike,

answer, challenge, or otherwise respond to the Second Amended Complaint under the Federal Rules Civil Procedure.

(4) The due date for Defendants' response to the Second Amended Complaint shall be 30 days from the entry of an order granting Plaintiff leave to file the Second Amended Complaint.

Dated: September 30, 2009        **GUTRIDE SAFIER LLP**

　　　　　　　　　　　　　　　　　　 /s/ Adam Gutride
　　　　　　　　　　　　　　　　　　Adam J. Gutride, Esq.
　　　　　　　　　　　　　　　　　　Seth A. Safier, Esq.
　　　　　　　　　　　　　　　　　　835 Douglass Street
　　　　　　　　　　　　　　　　　　San Francisco, California 94114
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: September 30, 2009        **MAYER BROWN LLP**

　　　　　　　　　　　　　　　　　　 /s/ Kevin Ranlett
　　　　　　　　　　　　　　　　　　John Nadolenco, Esq.
　　　　　　　　　　　　　　　　　　Joseph Goodman, Esq.
　　　　　　　　　　　　　　　　　　Kevin Ranlett, Esq.
　　　　　　　　　　　　　　　　　　350 South Grand Avenue, 25th Floor
　　　　　　　　　　　　　　　　　　Los Angeles, CA  90071-1503
　　　　　　　　　　　　　　　　　　Telephone:    (213) 229-9500
　　　　　　　　　　　　　　　　　　Facsimile:    (213) 625-0248
　　　　　　　　　　　　　　　　　　Attorneys for Defendants

**IT IS SO ORDERED**

Dated: _____10/5_____, 2009    _____   _____
　　　　　　　　　　　　　　　　　　Hon. Claudia Wiken
　　　　　　　　　　　　　　　　　　U.S. District Judge