**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated<br><br>   Plaintiff,<br><br>       v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; NEW CINGULAR WIRELESS SERVICES, INC., AND DOES 1 THROUGH 50<br><br>   Defendants | CASE NO.  CV-09-01117 (CW)<br><br>STIPULATION FOR CONTINUANCE OF CLASS CERTIFICATION HEARING AND BRIEFING SCHEDULE, ORDER **AS MODIFIED**<br><br>Dept:  Courtroom 2, 4th Floor<br>Judge:  Hon. Claudia Wilken |

1   Plaintiff Steven McArdle ("Plaintiff") and Defendants AT&T Mobility LLC, New

2   Cingular Wireless PCS LLC, and New Cingular Wireless Services, Inc. ("Defendants")

3   (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as

4   follows:

5   WHEREAS:

6   1.   In the original Case Management Order, the Court set the deadline for filing of

7   Plaintiff's motion for class certification as January 15, 2010, with the opposition due on

8   February 5, 2010, the reply papers due March 1, 2010, and a hearing date of April 8, 2010; and

9   2.   Defendants recently have begun to produce discovery pertaining to questions of

10   class certification, and depositions of key witnesses have yet to occur; and

11   3.   The parties wish to complete preliminary discovery related to questions of class

12   certification prior to the filing of the motion; and

13   4.   The parties accordingly wish to continue the deadlines related to class certification

14   and have reached agreement on a briefing and hearing schedule that would accommodate such

15   discovery and briefing,

16   NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

17   (1)   The hearing on Class Certification shall be continued to June 29, 2010 or a date

18   thereafter as the Court may order at its convenience;

19   (2)   Plaintiff's opening brief shall be filed on or before March 31, 2010;

20   (3)   Defendants' opposition brief shall be filed on or before April 28, 2010; and

21   (4)   Plaintiff's reply brief shall be filed on or before May 24, 2010.

22   Dated:  January 6, 2010                    **GUTRIDE SAFIER LLP**

23

24                                               _/s/ Adam Gutride_____
                                                Adam J. Gutride, Esq.
25                                              Seth A. Safier, Esq.
                                                835 Douglass Street
26                                              San Francisco, California 94114
                                                Attorneys for Plaintiff
27

28

1    Dated:   January 6, 2009          **MAYER BROWN LLP**

2

3                                       _/s/ Kevin Ranlett_____
                                        John Nadolenco, Esq.
4                                       Joseph Goodman, Esq.
                                        350 South Grand Avenue, 25th Floor
5                                       Los Angeles, CA  90071-1503
                                        Telephone:    (213) 229-9500
6                                       Facsimile:    (213) 625-0248

7                                       Kevin Ranlett, Esq.
                                        1999 K Street, NW
8                                       Washington, D.C.  20006
                                        Telephone:    (202) 263-3000
9                                       Facsimile:    (202) 263-3300
                                        Attorneys for Defendants

10

11   **IT IS SO ORDERED,  EXCEPT THE HEARING WILL BE HELD ON**
     **JUNE 10, 2010, AT 2:00 P.M.**
12

13

14   Dated:   ____1/8/ 2010
                                        _____
15                                      Hon. Claudia Wilken
                                        U.S. District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

STIP FOR CONT OF CLASS CERT HEARING AND BRIEFING SCHEDULE; [PROPOSED] ORDER
CASE CV-09-01117 (CW)