| | |
|---|---|
| 1 | MAYER BROWN LLP |
|   | JOHN NADOLENCO (SBN 181128) |
| 2 | jnadolenco@mayerbrown.com |
|   | JOSEPH W. GOODMAN (SBN 230161) |
| 3 | jgoodman@mayerbrown.com |
|   | 350 South Grand Avenue, 25th Floor |
| 4 | Los Angeles, CA  90071-1503 |
|   | Telephone: (213) 229-9500 |
| 5 | Facsimile:  (213) 625-0248 |
| 6 | MAYER BROWN LLP |
|   | KEVIN RANLETT (admitted *pro hac vice*) |
| 7 | kranlett@mayerbrown.com |
|   | 1999 K Street, N.W. |
| 8 | Washington, DC  20006 |
|   | Telephone: (202) 263-3000 |
| 9 | Facsimile:  (202) 263-3300 |
| 10 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated, | Case No. CV-09-01117 (CW) |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF CLASS CERTIFICATION BRIEFING SCHEDULE, ORDER** |
| v. | Dept: Courtroom 2, 4th Floor |
| AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; NEW CINGULAR WIRELESS SERVICES, INC., AND DOES 1 THROUGH 50, | Judge:  Hon. Claudia Wilken |
| Defendants. | |

1  Plaintiff Steven McArdle ("Plaintiff") and Defendants AT&T Mobility LLC, New Cingular Wireless PCS LLC, and New Cingular Wireless Services, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS:

1. Pursuant to the Court's order of January 8, 2010, Plaintiff's motion for class certification is due on March 31, 2010, the opposition brief is due on April 28, 2010, the reply brief is due May 24, 2010, and the hearing is scheduled for June 10, 2010; and

2. For the convenience of the Defendants and the witnesses, depositions of Defendants' Rule 30(b)(6) witnesses on issues pertaining to questions of class certification have been scheduled for April 6-8, 2010, which is after the current due date for Plaintiff's motion for class certification; and

3. The parties wish to complete this deposition prior to the filing of the motion; and

4. The parties accordingly wish to continue the briefing deadlines related to class certification and have reached agreement on a briefing schedule that would accommodate such discovery and briefing, without changing the hearing date,

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

(1) Plaintiff's opening brief shall be filed on or before April 27, 2010;

(2) Defendants' opposition brief shall be filed on or before May 14, 2010; and

(3) Plaintiff's reply brief shall be filed on or before May 27, 2010.

(4) The hearing on Class Certification shall remain on June 10, 2010.

| | | |
|---|---|---|
| 1 | Dated: March 3, 2010 | MAYER BROWN LLP |
| 2 | | |
| 3 | | By: __/s/ Kevin Ranlett_____<br>Kevin Ranlett |
| 4 | | JOHN NADOLENCO (SBN 181128)<br>jnadolenco@mayerbrown.com |
| 5 | | JOSEPH W. GOODMAN (SBN 230161)<br>jgoodman@mayerbrown.com |
| 6 | | 350 South Grand Avenue, 25th Floor<br>Los Angeles, CA  90071-1503 |
| 7 | | Telephone: (213) 229-9500<br>Facsimile:  (213) 625-0248 |
| 8 | | |
| 9 | | KEVIN RANLETT (admitted *pro hac vice*)<br>kranlett@mayerbrown.com |
| 10 | | 1999 K Street, N.W.<br>Washington, DC  20006 |
| 11 | | Telephone: (202) 263-3000<br>Facsimile:  (202) 263-3300 |
| 12 | | Attorneys for Defendants |
| 13 | | |
| 14 | Dated: March 3, 2010 | GUTRIDE SAFIER LLP |
| 15 | | By: __/s/ Adam Gutride_____<br>Adam J. Gutride |
| 16 | | |
| 17 | | ADAM J. GUTRIDE<br>SETH A. SAFIER |
| 18 | | 835 Douglass Street<br>San Francisco, CA  94114 |
| 19 | | Attorneys For Plaintiff |

**IT IS SO ORDERED**

Dated: March 18, 2010

_____
Hon. Claudia Wilken
U.S. District Judge

-2-

STIPULATION FOR CONTINUANCE OF CLASS
CERTIFICATION BRIEFING SCHEDULE; [PROPOSED] ORDER
Case No. CV-09-01117 (CW)