MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
JOSEPH W. GOODMAN (SBN 230161)
jgoodman@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:     (213) 229-9500
Facsimile:     (213) 625-0248

MAYER BROWN LLP
KEVIN RANLETT (admitted *pro hac vice*)
kranlett@mayerbrown.com
1999 K Street, N.W.
Washington, DC  20006
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

Attorneys for Defendants
AT&T Mobility LLC; New Cingular Wireless PCS LLC, New Cingular Wireless Services, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC, NEW CINGULAR WIRELESS SERVICES, INC.; and DOES 1-50,<br><br>    Defendants. | Case No. CV-09-01117 CW (MEJ)<br><br>**ORDER SEALING MATERIALS FILED IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge:  Hon. Claudia Wilken |

Before the Court is Defendants' Administrative Motion to File Documents Under Seal in Opposition to Plaintiff's Motion for Class Certification, and the Declaration of Kevin Ranlett in Support of that Motion, filed pursuant to Local Rule 79-5(c).  The Court hereby orders that the following confidential materials be filed under seal:

1. Portions of pages 3-8, 10-11, 14, and 22 of Defendant's Opposition to Plaintiff's Motion for Class Certification, as highlighted in Sealed Exhibit 1 to the Declaration of Kevin Ranlett in Support of the Administrative Motion;

2. Paragraphs 14-17 of the Declaration of Harry Bennett, and Exhibit 24-25 thereto;

3. Paragraphs 5-15 of the Declaration of Aaron Cato, and Exhibits 1-2 thereto;

4. Exhibit 1 to the Declaration of Chris W. Huffstutler;

5. Paragraphs 3-5 of the Declaration of Jacqueline P. Jackson;

6. Paragraphs 3-13 of the Declaration of Kenneth Langston, and Exhibits 1-9 thereto;

7. Paragraphs 3-10 of the Declaration of Caroline Mahone-Gonzalez, and Exhibits 1-8 thereto;

8. Paragraph 24 of the Declaration of Pamela Papner;

9. Paragraphs 3-15 of the Declaration of Nicole Pettibon, and Exhibit 1 thereto;

10. Exhibits 2-4 to the Declaration of Kevin Ranlett; and

11. Paragraphs 3-7 of the Declaration of Bryan Welker, and Exhibits 1-2 thereto.

IT IS SO ORDERED.

Dated: 5/28/2010

_____
Hon. Claudia Wilken
United States District Judge