MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
JOSEPH W. GOODMAN (SBN 230161)
jgoodman@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:      (213) 229-9500
Facsimile:      (213) 625-0248

MAYER BROWN LLP
KEVIN RANLETT (admitted *pro hac vice*)
kranlett@mayerbrown.com
1999 K Street, N.W.
Washington, DC  20006
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

Attorneys for Defendants
AT&T Mobility LLC; New Cingular Wireless PCS LLC, New Cingular Wireless Services, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC, NEW CINGULAR WIRELESS SERVICES, INC.; and DOES 1-50,<br><br>Defendants. | Case No. CV-09-01117 CW (MEJ)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL MATERIALS FILED IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge:  Hon. Claudia Wilken |

Before the Court is Plaintiff's Administrative Motion to Seal Documents Filed in Support of Plaintiff's Motion for Class Certification, and the Declaration of Kevin Ranlett Establishing Confidentiality of Materials Filed Under Seal, filed pursuant to Local Rule 79-5(d). The Court hereby orders that the following confidential materials remain under seal:

1. Paragraphs 31-32 of the Declaration of Seth A. Safier in Support of Plaintiff's Motion for Class Certification ("Safier Decl.") (Dkt. Nos. 96-103);

2. Exhibits A, B, D, E, F, L, O, P, R, S, T, U, V, Z, and CC to the Safier Decl; and

3. The portions of pages 1-11, 16, and 19 of Plaintiff's Memorandum of Points and Authorities in Support of the Motion for Class Certification that Plaintiff redacted from the publicly-filed version (Dkt. No. 95).

Plaintiff shall file these documents under seal in accordance with General Order 62. Because Defendant does not request the filing under seal of Exhibit H of the Safier Declaration, Plaintiff shall file this document in the public record within four days of the date of this Order.

IT IS SO ORDERED.

Dated:  June 1, 2010

                                              Hon. Claudia Wilken
                                              United States District Judge