MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br><br>　　　　　　　Defendants. | Case No. CV 09-1117 CW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dept: Courtroom 2, 4th Floor<br>Judge:  Hon. Claudia Wilken |

[~~PROPOSED~~] ORDER;
Case No. CV-09-01117-CW

1       Having reviewed the Parties' stipulation and for good cause appearing, the Court hereby

2 ORDERS that:

3       As with the *Thelian* action, the December 14, 2010 case management conference in this

4 action is continued to March 15, 2011 at 2:00 pm.

7 **IT IS SO ORDERED**

9 Dated: <u>March 9</u>, 2010

                                         Hon. Claudia Wilken
                                         United States District Court Judge