MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
JOSEPH W. GOODMAN (SBN 230161)
jgoodman@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:    (213) 229-9500
Facsimile:    (213) 625-0248

MAYER BROWN LLP
KEVIN RANLETT (admitted *pro hac vice*)
kranlett@mayerbrown.com
1999 K Street, N.W.
Washington, DC  20006
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

Attorneys for Defendants
AT&T Mobility LLC; New Cingular Wireless
PCS LLC, New Cingular Wireless Services,
Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC, NEW CINGULAR WIRELESS SERVICES, INC.; and DOES 1-50,<br><br>Defendants. | Case No. CV-09-01117 CW (MEJ)<br><br>[~~PROPOSED~~] ORDER SEALING MATERIALS FILED ON REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Judge:  Hon. Claudia Wilken |

1    Before the Court is Plaintiff's Administrative Motion to Seal Documents Filed on Reply

2    in Support of Plaintiff's Motion for Class Certification, and the Declaration of Kevin Ranlett

3    Establishing Confidentiality of Materials Filed Under Seal, filed pursuant to Local Rule 79-5(d).

4    The Court hereby orders that the following confidential materials remain under seal:

5        1.        Exhibits C, E, H and I to the Supplemental Declaration of Seth A. Safier in

6    Support of Plaintiff's Motion for Class Certification ("Supp. Safier Decl.") (Dkt. No. 143);

7        2.        The portions of pages 1-3 and 8-10 of the Reply Memorandum in Support of

8    Plaintiff's Motion for Class Certification that Plaintiff redacted from the publicly-filed version

9    (Dkt. No. 137); and

10       3.        Page 4 and the portions of pages 1-3 and 5-6 of Plaintiff's Objections to, and

11   Motion to Strike, the Declaration of Nicole Pettibon in Support of Defendants' Opposition to

12   Class Certification that Plaintiff redacted from the publicly-filed version (Dkt. No. 140).

13

14       IT IS SO ORDERED.

15       Dated:  ___3/1/2011_____

16                                                 Hon. Claudia Wilken
                                                   United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28