1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2  jnadolenco@mayerbrown.com
   350 South Grand Avenue, 25th Floor
3  Los Angeles, CA  90071-1503
   Telephone: (213) 229-9500
4  Facsimile:  (213) 625-0248

5  Attorneys for Defendants

6
7
8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10              OAKLAND DIVISION
11

12 STEVEN MCARDLE, an individual, on behalf     Case No. CV 09-1117 CW
   of himself, the general public, and those
13 similarly situated,                          **ORDER CONTINUING CASE**
                                                **MANAGEMENT CONFERENCE**
14                Plaintiff,
                                                Dept: Courtroom 2, 4th Floor
15 vs.                                          Judge:  Hon. Claudia Wilken

16 AT&T MOBILITY LLC; NEW CINGULAR
   WIRELESS PCS LLC; and NEW CINGULAR
17 WIRELESS SERVICES, INC.,

18                Defendants.

19
20
21
22
23
24
25
26
27
28

1 | Having reviewed the Parties' stipulation and for good cause appearing, the Court hereby ORDERS that:

As with the *Thelian* action, the March 15, 2011 case management conference in this action is continued **to July 26, 2011 at 2:00 p.m.**

**IT IS SO ORDERED**

Dated: March 10, 2011

Hon. Claudia Wilken
United States District Court Judge

[PROPOSED] ORDER;
Case No. CV-09-01117-CW