IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br><br>      Defendants.<br>_____/ | No. C 09-01117 CW<br><br>ORDER MAINTAINING STAY AND VACATING CASE MANAGEMENT CONFERENCE |
| KENNETH A. THELIAN, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br><br>      Defendants.<br>_____/ | No. C 10-03440 CW |

    The parties have filed their joint brief regarding the effect of <u>AT&T Mobility LLC v. Concepcion</u>, 131 S. Ct. 1740 (2011), on these related cases. Having considered the parties' brief, the Court maintains the stay in these actions pending the Ninth Circuit's decision on Defendants' appeal in <u>McArdle v. AT&T Mobility LLC</u>. Within fourteen days of the date the Ninth Circuit renders its decision in that appeal, the parties shall file a joint brief on how this Court should proceed in these cases.

1   The case management conferences for these related cases set
2 for August 9, 2011 are continued to December 6, 2011 at 2:00 p.m.
3   IT IS SO ORDERED.

5 Dated: 7/29/2011

                    CLAUDIA WILKEN
                    United States District Judge

**United States District Court**
For the Northern District of California