IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; NEW CINGULAR WIRELESS SERVICES, INC.; and DOES 1-50,<br><br>      Defendants.<br>_____/ | No. C 09-1117 CW<br><br>ORDER DIRECTING THE PARTIES TO FILE A JOINT STATEMENT |
| KENNETH A. THELIAN, an individual, on behalf of himself, the general public and those similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br><br>      Defendants.<br>_____/ | No. C 10-34440 CW |

    Within fourteen days of the date of this Order, the parties shall submit a joint statement proposing how these two cases should proceed and, if appropriate, requesting a case management conference.

    IT IS SO ORDERED.

Dated: 9/11/2012

CLAUDIA WILKEN
United States District Judge