| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | JOHN NADOLENCO (SBN 181128) |
| 2 | jnadolenco@mayerbrown.com |
| | 350 South Grand Avenue, 25th Floor |
| 3 | Los Angeles, CA  90071-1503 |
| | Telephone:     (213) 229-9500 |
| 4 | Facsimile:     (213) 625-0248 |
| 5 | |
| | MAYER BROWN LLP |
| 6 | KEVIN RANLETT (admitted *pro hac vice*) |
| | kranlett@mayerbrown.com |
| 7 | 1999 K Street, N.W. |
| | Washington, DC  20006 |
| 8 | Telephone: (202) 263-3000 |
| | Facsimile:  (202) 263-3300 |
| 9 | |
| | Attorneys for Defendants |
| 10 | AT&T Mobility LLC; New Cingular Wireless |
| | PCS LLC, New Cingular Wireless Services, |
| 11 | Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated,<br><br>          Plaintiff,<br>  v.<br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC, NEW CINGULAR WIRELESS SERVICES, INC.; and DOES 1-50,<br><br>          Defendants. | Cases No. 4:09-cv-01117-CW and 4:10-cv-03440-CW<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT MEMORANDUM REGARDING NINTH CIRCUIT'S DECISION**<br><br>Judge:  Hon. Claudia Wilken |
| KENNETH A. THELIAN, an individual, on behalf of himself, the general public and those similarly situated,<br><br>          Plaintiff,<br>  v.<br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br><br>Defendants. | |

-2-

The Court's order of September 11, 2012 directs the parties to submit a joint memorandum by September 25, 2012 proposing how these two cases should proceed in light of the Ninth Circuit's decision remanding the *McArdle* case to this Court. *See* Order, Dkt. No. 205. In light of the parties' joint motion for a seven-day extension of time to submit that joint memorandum, and for good cause shown, the Court hereby ORDERS that:

The parties' deadline to submit a joint memorandum shall be extended to and including to October 2, 2012.

**IT IS SO ORDERED.**

**ENTERED** this ____26th____ day of ____September____, 2010.

The Honorable Claudia Wilken
United States District Judge