1    MAYER BROWN LLP
     JOHN NADOLENCO (SBN 181128)
2    jnadolenco@mayerbrown.com
     350 South Grand Avenue, 25th Floor
3    Los Angeles, CA  90071-1503
     Telephone:  (213) 229-9500
4    Facsimile:  (213) 625-0248

5
     MAYER BROWN LLP
6    KEVIN RANLETT (admitted *pro hac vice*)
     kranlett@mayerbrown.com
7    1999 K Street, N.W.
     Washington, DC  20006
8    Telephone: (202) 263-3000
     Facsimile:  (202) 263-3300
9
     Attorneys for Defendants
10   AT&T Mobility LLC; New Cingular Wireless
     PCS LLC, New Cingular Wireless Services,
11   Inc.

12

### UNITED STATES DISTRICT COURT

13

### NORTHERN DISTRICT

14

### OAKLAND DIVISION

15

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated, | Cases No. 4:09-cv-01117-CW and 4:10-cv-03440-CW |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT MEMORANDUM REGARDING NINTH CIRCUIT'S DECISION** |
| v. | |
| AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC, NEW CINGULAR WIRELESS SERVICES, INC.; and DOES 1-50, | Judge:  Hon. Claudia Wilken |
| Defendants. | |
| _____ | |
| KENNETH A. THELIAN, an individual, on behalf of himself, the general public and those similarly situated, | |
| Plaintiff, | |
| v. | |
| AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; and NEW CINGULAR WIRELESS SERVICES, INC., | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     The Court's order of September 11, 2012 directs the parties to submit a joint memorandum by September 25, 2012 proposing how these two cases should proceed in light of the Ninth Circuit's decision remanding the *McArdle* case to this Court.  *See* Order, Dkt. No. 205. In light of the parties' joint motion for a seven-day extension of time to submit that joint memorandum, and for good cause shown, the Court hereby ORDERS that:

     The parties' deadline to submit a joint memorandum shall be extended to and including to October 2, 2012.

**IT IS SO ORDERED.**

**ENTERED** this  _26th_  day of  _September_ , 2010.

The Honorable Claudia Wilken
United States District Judge

[PROPOSED] ORDER
CASE NO. 4:09-CV-01117-CW