UNITED STATES  DISTRICT COURT

Northern District of California

STEVEN MCARDLE, an individual, on
behalf of himself, the general public and those
similarly situated,

          Plaintiff,

  vs.

AT&T MOBILITY LLC; NEW CINGULAR
WIRELESS PCS LLC; NEW CINGULAR
WIRELESS SERVICES, INC., and Does 1-50

          Defendants.
_____/

No. C 09-1117 CW (MEJ)

**ORDER RE:  DISCOVERY DISPUTE
(DKT. NO. 210)**

On November 20, 2012, the parties filed a joint discovery dispute letter regarding Plaintiff's

request to compel responses to his requests for production of documents and interrogatories.  Dkt.

No. 210.  However, as the Honorable Claudia Wilken, the presiding judge in this matter, has not yet

decided whether to continue the stay in this case pending the outcome of *Kilgore v. Key Bank, N.A.*,

No. 09-16703, the Court finds that this discovery dispute is premature.  Accordingly, Plaintiff's

request is denied without prejudice.

      **IT IS SO ORDERED.**

Dated: December 10, 2012

                        _____
                        Maria-Elena James
                        Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**