IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; NEW CINGULAR WIRELESS SERVICES, INC.; and DOES 1-50,<br><br>    Defendants.<br>_____/ | No. C 09-1117 CW<br><br>ORDER SETTING BRIEFING SCHEDULE, GRANTING PLAINTIFFS LEAVE TO CONDUCT LIMITED DISCOVERY, AND REFERRING DISCOVERY DISPUTES IN CASE NO. 10-3440 TO MAGISTRATE JUDGE JAMES |
| KENNETH A. THELIAN, an individual, on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br><br>    Defendants.<br>_____/ | No. C 10-3440 CW |

Having considered the parties' joint statement setting forth their separate proposals for case management, the Court sets the following schedule for Defendants' motion to compel arbitration:

| Event | Date |
|---|---|
| Deadline for Defendants to file their joint motion to compel arbitration of the claims of both Plaintiffs, contained in a single brief of twenty-five pages or less | Thursday, January 10, 2013 |

| | |
|---|---|
| Deadline for Plaintiffs to file their joint opposition to Defendants' motion to compel arbitration, contained in a single brief of twenty-five pages or less | Thursday, February 7, 2013 |
| Deadline for Defendants to file their reply in support of their motion to compel arbitration, contained in a single brief of fifteen pages or less | Thursday, February 28, 2013 |
| Hearing on the motion to compel arbitration | Thursday, March 14, 2013 at 2:00 p.m. |

The Court grants Plaintiffs leave to conduct limited discovery regarding matters relevant to generally applicable contract defenses. Pursuant to Local Rule 72-1, it is HEREBY ORDERED that all further discovery motions filed in <u>Thelian v. AT&T Mobility LLC</u>, Case No. 10-3440, are referred to Chief Magistrate Judge James, to whom discovery matters have already been referred in <u>McArdle v. AT&T Mobility LLC</u>, Case No. 09-1117. The parties shall meet and confer regarding Plaintiffs' discovery requests and, if they are unable to resolve their disputes, shall comply with the procedures set forth in Chief Magistrate Judge James's Discovery Standing Order.

If necessary, the Court will set a case management conference at which to set further dates, including dates for Plaintiffs' motion for class certification, in the order resolving Defendants' motion to compel arbitration.

IT IS SO ORDERED.

Dated: 12/10/2012

CLAUDIA WILKEN
United States District Judge

2