1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  SETH A. SAFIER (State Bar No. 197427)
   835 Douglass Street
3  San Francisco, California 94114
   Telephone: (415) 336-6545
4  Facsimile:  (415) 449-6469

5  Attorneys for Plaintiffs

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 STEVEN MCARDLE,                    Case Nos. C 09-01117 CW & C 10-03440
                                      CW
             Plaintiff,
12                                    **ORDER EXTENDING BRIEFING
      v.                              SCHEDULE ON DEFENDANTS'
13                                    MOTIONS TO COMPEL
   AT&T MOBILITY LLC, et al.,         ARBITRATION**
14
             Defendants.              Judge: Hon. Claudia Wilken
15
   KENNETH THELIAN,
16
             Plaintiff,
17
      v.
18
   AT&T MOBILITY LLC, et al.,
19
   Defendants.
20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER; CASE NOS. C 09-01117 CW & C 10-3440 CW

1    Pursuant to the stipulation of the parties, Plaintiffs McArdle and Thelian shall file their
2 consolidated opposition to ATTM's motions to compel arbitration by May 16, 2013.  ATTM
3 shall file its reply by June 6, 2013.  The hearing on the motions shall be continued to June 27,
4 2013, at 2:00 p.m.

5    IT IS SO ORDERED.

7 Dated: __5/9/2013__        By _/s/ Claudia Wilken_
                                                  Hon. Claudia Wilken
8                                                 United States Chief District Court Judge

[PROPOSED] ORDER; CASE NOS. C 09-01117 CW & C 10-3440 CW