MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:     (213) 229-9500
Facsimile:      (213) 625-0248

MAYER BROWN LLP
KEVIN RANLETT (admitted *pro hac vice*)
kranlett@mayerbrown.com
1999 K Street, N.W.
Washington, DC  20006
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

Attorneys for Defendants
AT&T Mobility LLC; New Cingular Wireless PCS LLC, New Cingular Wireless Services, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC, NEW CINGULAR WIRELESS SERVICES, INC.; and DOES 1-50,<br><br>Defendants. | Case No. CV-09-01117 CW (MEJ)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO COMPEL ARBITRATION**<br><br>Judge:  Hon. Claudia Wilken |

1    Before the Court is Defendants' unopposed administrative motion for leave to file a
2    statement of recent decision in support of the Defendants' motion to compel arbitration (Dkt. No.
3    222), and the supporting declaration of Kevin Ranlett. The Court hereby grants defendants leave
4    to file the requested Statement of Recent Decision, which in accordance with Local Civil Rule 7-
5    3(d) shall not contain any argument.

7    IT IS SO ORDERED.
8    Dated: 7/8/2013

9    Hon. Claudia Wilken
     United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOE LEAVE TO FILE STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO COMPEL ARBITRATION; CASE NO. CV-09-01117 CW(MEJ)