**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

Counsel for Plaintiff

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MCARDLE, an individual, on behalf of himself, the general public and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; NEW CINGULAR WIRELESS SERVICES, INC., AND DOES 1 THROUGH 50<br><br>Defendants. | Case Nos. CV-09-01117 (CW)<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF REPLY IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION AND SUPPORTING DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Hon. Judge Claudia Wilken |

1 | Pursuant to Local Rule 79-5(d), Plaintiff Steven McArdle respectfully file this administrative motion to seal certain portions of the following documents:

Reply in Support of Plaintiff's Renewed Motion for Class Certification;

Exhibits 14 and 17 to the Reply Declaration of Seth Safier

These documents contain information designated as confidential or highly confidential by Defendants pursuant to the protective order entered in this case.

Plaintiff makes this motion at the request pursuant to Civil Local Rules 7-11 and 79-5. In accordance with the local rules, Defendants will identify the specific portions of the documents that they seek to seal and which remaining portions can be filed in a redacted public version. Defendants will also provide in a separate filing, as provided by the local rules, the evidentiary basis for their requests to seal and a proposed order. Plaintiff reserves the right to oppose portions of their requests that exceed the scope of the protective order and applicable law.

Dated:  June 5, 2018

**GUTRIDE SAFIER LLP**

By: /s/ Kristen Simplicio

Kristen G. Simplicio
Adam J. Gutride
Seth A. Safier
100 Pine Street, Suite 1250
San Francisco, California 94111