1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8     STEVEN MCARDLE,                          Case No.  09-cv-01117-CW   (TSH)

9              Plaintiff,

10        v.                                   **DISCOVERY ORDER**

11    AT&T MOBILITY LLC, et al.,               Re: Dkt. No. 367

12             Defendants.

13

14          The Court held a telephonic hearing this morning concerning the parties' joint discovery

15    letter brief at ECF No. 367.  Judge Wilken's minute order provides that fact discovery closes four

16    months after the rulings from the Ninth Circuit.  ECF No. 358.  The Court explained that this

17    means four months after the mandate issues from the Ninth Circuit.  At the hearing, AT&T stated

18    it would answer interrogatories 10-13 within 30 days.  In the letter brief, AT&T stated it would

19    produce documents in response to the requests for production ("RFPs") other than 69-71 and 81.

20    The discussion at the hearing therefore focused mostly on these RFPs.  For the reasons discussed

21    on the record, the Court **ORDERS** as follows:

22          1.        AT&T shall produce anonymized records showing all California customers who

23    were charged for one-minute incoming or outgoing international roaming calls during the class

24    period, the date of each call, and the amount charged for each call, except for customers who

25    received refunds or credits that offset these charges.  AT&T shall start this production within 30

26    days and finish it within 75 days.  If the mandate issues soon, the Court may need to revisit the

27    timing of this production.

28          2.        Plaintiff's motion to compel as to RFP 81 is **DENIED** because it exceeds the scope

of discovery that Judge Wilken authorized while the Ninth Circuit rulings are pending (*see* ECF No. 358).

**IT IS SO ORDERED.**

Dated: September 26, 2019

THOMAS S. HIXSON
United States Magistrate Judge